IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RANDAL C. ROBERTS,

    Plaintiff,

v.                                        Case No. 1:18cv3-MW/GRJ

CITY OF GAINESVILLE,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion for Summary Judgment, ECF No. 20, is **GRANTED** because the Complaint is untimely and alternatively because Defendant is entitled to summary judgment on the merits of Plaintiff's claims. Defendant's Motion for an Order Directing Plaintiff to Comply, ECF No. 25 is **denied as moot**. The pretrial conference of February 25, 2019, and the jury trial of March 26, 2019, are **removed** from this Court's docket." The Clerk shall close the file.

    **SO ORDERED on February 20, 2019.**

                                             **s/ MARK E. WALKER**
                                             **Chief United States District Judge**